# Court of Appeals
# of the State of Georgia

ATLANTA, October 27, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0901. HILL v. BLEDSOE et al.**

We granted Antonio Hill's application for interlocutory appeal to review an order by the Superior Court of Gwinnett County granting Vernal Bledsoe's motion to dismiss for lack of service of process. Upon careful review of the entire record in this case, we conclude that the application for interlocutory appeal was improvidently granted, and it is therefore ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 10/27/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*